UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JANE DOE,<br><br>    PLAINTIFF,<br><br>-- against --<br><br>NORTHERN LIGHT HEALTH AND TEAMHEALTH<br><br>    DEFENDANTS. | Case No. 1:21-cv-00281-NT |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Jane Doe, by and through undersigned counsel ("Plaintiff"), pursuant to Federal Rule of Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to Defendants Northern Light Health and TeamHealth.

Fed. R. Civ. P. 41(a)(1) provides, in relevant part:

  (a) Voluntary Dismissal.
        (1) By the Plaintiff.
            (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
                (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have served neither an Answer to Plaintiff's Complaint nor a Motion for Summary Judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated:  March 10, 2022                                    Respectfully submitted,


                                                          /s/ Jeffrey Young
                                                          Jeffrey Young
                                                          Jennifer Siegel (*pro hac vice* pending)

**Solidarity Law**
9 Longmeadow Drive
Cumberland Foreside, ME 04110
Telephone: (207) 844-4243
jyoung@solidarity.law

/s/ Jennifer Siegel
Jennifer Siegel Law
250 Greenway Road
Ridgewood, NJ 07450
Telephone: (201) 723-5983
jennifer@siegellaw.org


*Attorneys for Plaintiff*